IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WELLINGTON YEE YUN PANG, ET AL., | ) ) | Civ. No. 12-00097 DAE-BMK |
|---|---|---|
| Plaintiffs, | ) ) ) | FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION |
| vs. | ) ) | |
| KWANG SOK YI, | ) ) | |
| Defendant. | ) ) | |

FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION

On February 16, 2012, Plaintiffs Wellington Yee Yun Pang and Andrea Janet Pang, proceeding *pro se*, commenced this action and filed an Application To Proceed Without Prepayment of Fees or Costs ("Application"). On February 27, 2012, this Court denied Plaintiffs' Application because it was "incomplete and fail[ed] to provide the Court with enough information to determine if Plaintiffs financially qualify to proceed *in forma pauperis*." However, the Court granted Plaintiffs leave to file another Application or to remit the appropriate filing fee by March 20, 2012. That deadline has passed, and Plaintiffs have not filed another Application To Proceed Without Prepayment of Fees or Costs or paid the filing fee for this case. Accordingly, the Court FINDS AND RECOMMENDS that this action be dismissed for failure to pay the filing fee in this case.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 23, 2012.



   /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

Pang, et al. v. Yi; CV. NO. 12-00097 DAE-BMK; FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION.