IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WELLINGTON YEE YUN PANG; ANDREA JANET PANG, | CIVIL 12-00097-DAE-BMK |
| Petitioners, | |
| vs. | |
| KWANG SOK YI, | |
| Respondent. | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on March 23, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS

AND RECOMMENDATION TO DISMISS THIS ACTION," docket entry no. 6,

are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 18, 2012.



_____
David Alan Ezra
United States District Judge