IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WELLINGTON YEE YUN PANG, ET AL.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>KWANG SOK YI,<br><br>　　　　Defendant. | Civ. No. 12-00097 DAE-BMK<br><br>FINDINGS AND RECOMMENDATION TO DENY PLAINTIFFS' MOTION FOR EXPEDITED RECONSIDERATION |

FINDINGS AND RECOMMENDATION TO DENY PLAINTIFFS' MOTION
FOR EXPEDITED RECONSIDERATION

On April 18, 2012, Judgment was entered in this case. On May 21, 2012, Plaintiffs filed a Motion For Expedited Reconsideration of the entry Judgment. Plaintiffs provide no basis or demonstration for reconsidering the Court's entry of Judgment. Therefore, the Court finds and recommends that this Motion be DENIED.

　　　　IT IS SO ORDERED.

　　　　DATED: Honolulu, Hawaii, May 30, 2012.



　　　　　　　　　　　　　　　/S/ Barry M. Kurren
　　　　　　　　　　　　　　Barry M. Kurren
　　　　　　　　　　　　　　United States Magistrate Judge

Pang, et al. v. Yi; CV. NO. 12-00097 DAE-BMK; FINDINGS AND RECOMMENDATION TO DENY PLAINTIFFS' MOTION FOR EXPEDITED RECONSIDERATION.